UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

**Order Filed on March 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Volvic A. Chaperon,

Debtor.

Case No.:18-33676 (JKS)

Chapter 7

Judge: Honorable John K. Sherwood

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Volvic A. Chaperon

Chapter 7 Case No.: 18-33676 (JKS)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

---

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel, Jeffrey M. Sponder, Esq., and Ronald I. LeVine, Esq., counsel for the Debtor, Volvic A. Chaperon, and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **May 7, 2019**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Attorney for the Debtor<br>Ronald I. LeVine, Esq. | Andrew R. Vara<br>Acting United States Trustee, Region 3 |
| By:  */s/ Ronald I. LeVine*<br>    Ronald I. LeVine, Esq.<br>    Attorney for the Debtor | By:  */s/ Jeffrey M. Sponder*<br>    Jeffrey M. Sponder, Esq.<br>    Trial Attorney |