UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

**Order Filed on November 20, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Volvic A. Chaperon,

Debtor.

Case No.:18-33676 (JKS)

Chapter 7

Judge: Honorable John K. Sherwood

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor: Volvic A. Chaperon

Chapter 7 Case No.: 18-33676 (JKS)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between

Andrew R. Vara, Acting United States Trustee, by and through his counsel, Jeffrey M. Sponder, Esq., and

Ronald I. LeVine, Esq., counsel for the Debtor, Volvic A. Chaperon, and for other good cause shown, it is

hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case

under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the

Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **January 22, 2020**; and it

is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the

time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under

11 U.S.C. § 727.


The form and entry of the order is                           Without Objection:
hereby acknowledged and agreed to:


Attorney for the Debtor                                      Andrew R. Vara
Ronald I. LeVine, Esq.                                       Acting United States Trustee, Region 3


By:    */s/Ronald I. LeVine*_____          By:    */s/Jeffrey M. Sponder*_____
       Ronald I. LeVine, Esq.                                   Jeffrey M. Sponder, Esq.
       Attorney for the Debtor                                  Trial Attorney