UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGION 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re | : | Case No. 18-33676 (JKS) |
|  | : | Chapter 7 |
| Volvic A. Chaperon, | : | The Honorable John K. Sherwood |
| Debtor. | : |  |

**APPLICATION FOR THE ENTRY OF A CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The United States Trustee ("U.S. Trustee"), by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. §§ 586(a)(3) and (5), hereby respectfully submits this Application for the entry of the *Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727*.

1. In support of this Application, the U.S. Trustee respectfully represents as follows: The docket for this case reflects that on November 30, 2018, Volvic A. Chaperon ("Debtor") filed a

voluntary petition for relief under chapter 7 of title 11of the United States Code ("Bankruptcy Code").

2. The docket also reflects that a meeting of creditors pursuant to 11 U.S.C. § 341(a) was held on January 7, 2019.

3. The U.S. Trustee is conducting an independent review of the Debtor's case warranting further investigation.

4. The Debtor is cooperating and the investigation is ongoing. A meeting between the Debtor and the U.S. Trustee occurred last week. The Debtor is in the process of providing supplemental documents.

5. Unless the consent order is entered, the Debtor will automatically be issued a discharge upon expiration of the current January 22, 2020, deadline, before the U.S. Trustee completes its investigation. As a result, the Acting United States Trustee respectfully requests that the Court enter the Consent Order and extend the deadline for filing a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge under 11 U.S.C. § 727, to February 27, 2020, as agreed to by the Debtor.

6. The Acting United States Trustee reserves his rights to seek any additional extensions of time for good cause shown.

                                Respectfully submitted,
                                ANDREW R. VARA
                                UNITED STATES TRUSTEE
                                REGION 3 & 9

By: */s/ Jeffrey M. Sponder*
      Jeffrey M. Sponder
      Trial Attorney

DATED: January 22, 2020